UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO LARDIZABAL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, et al.,<br><br>Defendants. | Case No.: 22cv345-MMA(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION**<br><br>**[ECF No. 54]** |

On May 23, 2022, the parties filed a joint motion requesting that the Court enter the parties' stipulated Protective Order. ECF No. 54. The Court has considered the stipulated Protective Order and, good cause shown, the joint motion is **GRANTED** with the following modification:

Paragraph 14 should read: "14. In the event that any party to this litigation disagrees at any point in these proceedings with any designation made under this Protective Order, the parties shall first try to resolve such dispute in good faith on an informal basis in accordance with Civil Local Rule 26.1. If the parties are unable to resolve the dispute through the meet and confer process, the parties must comply with Judge Major's Chambers Rules[1] in seeking judicial

---

[1] See Honorable Barbara Lynn Major U.S. Magistrate Judge, Chambers Rules-Civil Cases § V(A)-(F).

intervention. During the pendency of any challenge to the designation of a document or information, the designated document or information shall continue to be treated as "Confidential" or "Confidential—Attorneys' Eyes Only" subject to the provisions of this Protective Order."

**IT IS SO ORDERED**.

Dated: 5/25/2022

Hon. Barbara L. Major
United States Magistrate Judge