UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO LARDIZABAL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, et al.,<br><br>Defendants. | Case No.:   22cv345-MMA(BLM)<br><br>**ORDER GRANTING DEFENDANT TRANS UNION, LLC'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**[ECF 66]** |

On June 23, 2022, the Court issued an Order Resetting the videoconference Early Neutral Evaluation Conference and Case Management Conference for July 21, 2022, at 1:30 p.m.  ECF No. 64.

On June 28, 2022, Defendant Trans Union, LLC ("Defendant") filed an Unopposed Motion to Continue Early Neutral Evaluation Conference.  ECF No. 66.  Defendant seeks to continue the July 21, 2022, Early Neutral Evaluation Conference ("ENE") at least "three weeks, or soon thereafter as the Court is available for the ENE."  Id.  In support, Defendant states counsel is undergoing an intensive medical procedure scheduled for July 18, 2022.  Id.  Given the proximity to the July 21, 2022, ENE, counsel for Defendant will not be able to participate at the ENE, as currently scheduled.  Id.

Good cause appearing, Defendant's motion is **GRANTED** as follows:

1.      The July 21, 2022, ENE and Case Management Conference are **CONTINUED** to **August 12, 2022**, at **9:30 a.m.**

2.      Each participant should plan to join the Zoom videoconference at least five minutes before the start of the ENE to ensure that the ENE begins promptly at 9:30 a.m.  **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time**.

3.      No later than **August 1, 2022**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name and title of each participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.

4.      On or before **August 1, 2022**, the parties must submit via fax or email (**efile_major@casd.uscourts.gov**), updated confidential statements no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major.

5.      In the event the case does not settle at the ENE, the Court will conduct an Initial Case Management Conference.

6.      All other guidelines and requirements remain as previously set.  See ECF No. 51.

**IT IS SO ORDERED**.

Dated:  6/28/2022

Hon. Barbara L. Major
United States Magistrate Judge

---

[1]   The parties must not append attachments or exhibits to the ENE statement.

22cv345-MMA(BLM)