# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO LARDIZABAL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 22-cv-345-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 69] |

　　　The parties jointly move for leave for Plaintiff to file a first amended complaint pursuant to Federal Rule of Civil Procedure 15(a).  Doc. No. 69.  Good cause appearing, the Court **GRANTS** the joint motion.  Plaintiff must file a first amended complaint on or before **July 22, 2022**.  Defendants must file a response to the first amended complaint on or before **August 12, 2022**.

　　　In light of the parties' joint motion, the Court **DENIES AS MOOT** the pending motion to dismiss, *see* Doc. No. 60, and **VACATES** the hearing date and all remaining briefing deadlines.

　　　**IT IS SO ORDERED**.

Dated: July 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge