UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO LARDIZABAL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK, et al.,<br><br>Defendants. | Case No.:   22CV345-MMA(BLM)<br><br>**ORDER RE DISCOVERY DISPUTE AND SETTING BRIEFING SCHEDULE** |

On October 25, 2022, counsel for Plaintiff, Messrs. Loker, Shay, and Pfeiff, and counsel for Defendant Arvest Central Mortgage Company, Ms. Kozinska, jointly contacted the Court regarding a discovery dispute.  In regard to the dispute, the Court sets the following briefing schedule:

1. Plaintiff must file their motion on or before **November 2, 2022**; and

2. Defendant Arvest Central Mortgage Company must file its opposition on or before **November 9, 2022**.

Upon completion of briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1), and no personal appearances will be required.

**IT IS SO ORDERED**.

Dated: 10/25/2022

Hon. Barbara L. Major
United States Magistrate Judge

1

22cv345-MMA(BLM)