

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregorio Lardizabal<br><br>Plaintiff,<br>V.<br><br>See Attachment<br><br>Defendant. | Civil Action No. 22-cv-0345-MMA-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff GREGORIO LARDIZABAL hereby accepts Defendant ARVEST BANK as successor by merger with ARVEST CENTRAL MORTGAGE COMPANY's ("Arvest") Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Judgment is entered in Lardizabal's favor against Arvest in accordance with said Offer.

Date:    3/14/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Hazard
A. Hazard, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 22cv0345-MMA-BLM

American Express National Bank;Arvest Central Mortgage Company; Bank of America, N.A.; Barclays Bank Delaware; Citibank, N.A.; Sychrony Bank; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Innovis Data Solutions, Inc.; Trans Union, LLC.

Defendants.