

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregorio Lardizabal<br><br>Plaintiff,<br>V.<br><br>See Attachment<br><br>Defendant. | Civil Action No.   22cv0345-MMA-BLM<br><br>**AMENDED**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment is entered in favor of Plaintiff Gregorio Lardizabal ("Lardizbal") and against Arvest Central Mortgage Company ("Arvest") pursuant to Federal Rule of Civil Procedure Rule 68.
2. Judgment is entered in favor of Lardizabal and against Arvest for $40,000 (forty thousand dollars and no cents), inclusive of any and all actual, statutory and punitive damages, including any applicable interest, as may be awardable under the governing law.
3. Judgment is entered in favor of Lardizabal and against Arvest requiring Arvest to request that the consumer reporting agencies suppress the reporting of Lardizabal's October 2020 payment from Lardizabal's credit reports.
4. Judgment is entered in favor of Lardizabal and against Arvest requiring Arvest to pay Lardizabal's counsel $82,650.15 in attorneys' fees.
5. Judgment is entered in favor of Lardizabal and against Arvest requiring Arvest to pay Lardizabal's counsel $11,829.33 in costs.

**Date:**   12/4/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 22cv0345-MMA-BLM

American Express National Bank; Arvest Central Mortgage Company; Bank of America, N.A.; Barclays Bank Delaware; Citibank, N.A.; Sychrony Bank; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Innovis Data Solutions, Inc.; Trans Union, LLC.